ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

DEC 0 2 2025

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RODERICUS SAN JUAN WARNER | Criminal Indictment<br><br>No. 1 25-CR-521 |

THE GRAND JURY CHARGES THAT:

**Count One**
**Conspiracy to Possess with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 846)**

Beginning on a date unknown, but at least as of in or about September, 2025, and continuing until on or about November 6, 2025, in the Northern District of Georgia and elsewhere, the defendant, RODERICUS SAN JUAN WARNER, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with others unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving:

(a) at least 400 grams of a mixture or substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propenamide (fentanyl), a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A);

(b) at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B);

(c) a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C);

(d) a mixture or substance containing a detectable amount of amphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C);

(e) a mixture or substance containing a detectable amount of oxycodone, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C); and

(f) less than 50 kilograms of marihuana, a Schedule I controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(D);

all in violation of Title 21, United States Code, Section 846.

## Count Two
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about October 1, 2025, in the Northern District of Georgia, the defendant, RODERICUS SAN JUAN WARNER, aided and abetted by others unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least 10 grams of a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide or a fentanyl-related substance, a Schedule II controlled substance, pursuant to Title 21, United States

Code, Section 841(b)(1)(B), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Three
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about October 8, 2025, in the Northern District of Georgia, the defendant, RODERICUS SAN JUAN WARNER, aided and abetted by others unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least 50 grams of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Four
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about October 14, 2025, in the Northern District of Georgia, the defendant, RODERICUS SAN JUAN WARNER, aided and abetted by others unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving:

(a) a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C); and

(b) less than 50 kilograms of marihuana, a Schedule I controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(D);

all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### Count Five
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about November 6, 2025, in the Northern District of Georgia, the defendant, RODERICUS SAN JUAN WARNER, aided and abetted by others unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving:

(a) at least 400 grams of a mixture or substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl) -4-piperidinyl ] propenamide (fentanyl), a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A);

(b) at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B);

(c) a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C);

(d) a mixture or substance containing a detectable amount of amphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C);

(e) a mixture or substance containing a detectable amount of oxycodone, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C); and

(f) less than 50 kilograms of marihuana, a Schedule I controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(D);

all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Six
### Possession of a Firearm by a Convicted Felon
### (18 U.S.C. § 922(g)(1))

On or about November 6, 2025, in the Northern District of Georgia, the defendant, RODERICUS SAN JUAN WARNER, knowing that he had previously been convicted of at least one of the following offenses, each of which was a crime punishable by imprisonment for a term exceeding one year:

(a) Possession of a Controlled Substance, in the Superior Court of Coweta County, Georgia, on or about September 28, 1998;

(b) Possession of a Controlled Substance, in the Superior Court of Coweta County, Georgia, on or about January 9, 2001;

(c) Theft by Receiving Stolen Property, in the Superior Court of Fulton County, Georgia, on or about January 7, 2005;

(d) Purchase, Possession, Manufacture, Distribution or Sale of Marijuana, in the Superior Court of Fulton County, Georgia, on or about January 7, 2005;

(e) Possession of a Firearm by a Convicted Felon, in the Superior Court of Fulton County, Georgia, on or about January 7, 2005;

(f) Possession of Cocaine with Intent to Distribute, in the Superior Court of Fulton County, Georgia, on or about January 7, 2005;

(g) Possession of Cocaine with Intent to Distribute, in the Superior Court of Fulton County, Georgia, on or about January 7, 2005;

(h) Trafficking of Controlled Substances, in the Superior Court of Coweta County, Georgia, on or about April 11, 2011; and

(i) Trafficking of Controlled Substances, in the Superior Court of Coweta County, Georgia, on or about April 20, 2022;

did knowingly possess at least one of the following firearms and ammunition:

(a) an American Tactical MilSport, 5.56 AR15 rifle;

(b) a Black Aces Tactical shotgun; and

(c) a Rossi, .357 caliber revolver;

said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## Count Seven
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c))

On or about November 6, 2025, in the Northern District of Georgia, the defendant, RODERICUS SAN JUAN WARNER, did knowingly possess at least one of the following firearms, that is,

(a) an American Tactical MilSport, 5.56 AR15 rifle;

(b) a Black Aces Tactical shotgun; and

(c) a Rossi, .357 caliber revolver;

in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count Five of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## Prior Conviction Notice
## (21 U.S.C. § 851)

Before the defendant, RODERICUS SAN JUAN WARNER, committed the offenses charged in Counts One, Two, Three, Four, and Five of this Indictment, the defendant was convicted, on or about April 11, 2011, of Trafficking of Controlled Substances, in the Superior Court of Coweta County, Georgia, a serious drug felony, for which the defendant served more than 12 months of imprisonment, and for which the defendant was released from serving any term of imprisonment related to the offenses within 15 years of the commencement of the offense described in this Indictment.

Before the defendant, RODERICUS SAN JUAN WARNER, committed the offenses described in Counts One, Two, Three, Four, and Five of this Indictment, the defendant was convicted, on or about April 20, 2022, of Trafficking of Controlled Substances, in the Superior Court of Coweta County, Georgia, a serious drug felony, for which the defendant served more than 12 months of imprisonment, and for which the defendant was released from serving any term of imprisonment related to the offenses within 15 years of the commencement of the offense described in this Indictment.

## Sentencing Allegation
## (18 U.S.C. § 924(e)(1))

Before the defendant, RODERICUS SAN JUAN WARNER, committed the offense charged in Count Six of this Indictment, he had at least three previous convictions for a violent felony or a serious drug offense committed on occasions different from one another.

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One, Two, Three, Four, and Five of this Indictment, the defendant, RODERICUS SAN JUAN WARNER, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said violations, including but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offenses alleged in Counts One, Two, Three, Four, and Five of this Indictment.

Upon conviction of one or more of the offenses alleged in Counts Six and Seven of this Indictment, the defendant, RODERICUS SAN JUAN WARNER, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in the commission of the offenses.

If, any property subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A ___TRUE___ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
 *United States Attorney*

*Amy Schwarzl*
AMY SCHWARZL
 *Special Assistant United States Attorney*
Pennsylvania Bar No. 319138

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000

ATTEST: A TRUE COPY
CERTIFIED THIS

DEC 0 2 2025

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

9